UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Khalifah E.D. Saif'Ullah, | CASE NUMBER |
|---|---|
| PETITIONER | CV 06-1083-TJH |
| v. | |
| Robert A. Horel, | ORDER RE: CERTIFICATE OF APPEALABILITY |
| RESPONDENT. | |

On _____8/21/09_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☒ The Certificate of Appealability is **DENIED** for the following reason(s):
  ☒ There has been no substantial showing of the denial of a constitutional right.
  ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
  ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

July 22, 2010
Date

_____
United States District Judge

CV-79 (07/97)                    ORDER RE: CERTIFICATE OF APPEALABILITY